UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICROSOFT CORPORATION,
a Washington corporation

Plaintiff,

v.

JEM., INC., a Minnesota corporation and dba BUDGET COMPUTER and JOE SCHMIDT, an individual

Defendants

File No. 01-841 DWF/SRN

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

**STIPULATION**

Plaintiff, by and through its counsel, and defendants hereby stipulate and agree that defendants Jem, Inc., dba Budget Computer, and Joe Schmidt, shall have until July 5, 2001 to answer, move or otherwise plead in response to the Complaint served in the above-captioned action.

DATED: June 21, 2001

FAEGRE & BENSON LLP

By [signature]
Felicia J. Boyd #186168
Julie Knox Chosy, #228228
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 336-3000

Attorneys for Plaintiff
MICROSOFT CORPORATION

FILED JUN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

DATED: June 21, 2001

JEM, INC., dba BUDGET COMPUTERS
and JOE SCHMIDT

By Joseph W. Schmidt, CEO, JEM Inc.
Joe Schmidt
Pro Se Defendant

**ORDER**

Based on the foregoing Stipulation, Jem, Inc. dba Budget Computer, and Joe Schmidt shall have until July 5, 2001 to answer, move or otherwise plead in response to the Complaint served in the above-captioned action.

DATED: June 29, 2001

Susan Richard Nelson
United States Magistrate Judge

M2:20395068.01