UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICROSOFT CORPORATION,
a Washington corporation

Plaintiff,

v.

JEM., INC., a Minnesota corporation and dba BUDGET COMPUTER and JOE SCHMIDT, an individual

Defendants

File No. 01-841 DWF/SRN

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

**STIPULATION**

Plaintiff, by and through its counsel, and defendants hereby stipulate and agree that defendants Jem, Inc., dba Budget Computer, and Joe Schmidt, shall have until July 19, 2001 to answer, move or otherwise plead in response to the Complaint served in the above-captioned action.

DATED: July 9, 2001

FAEGRE & BENSON LLP

By [signature]
Felicia J. Boyd #186168
Julie Knox Chosy, #225228
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 336-3000

Attorneys for Plaintiff
MICROSOFT CORPORATION

FILED JUL 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

DATED: July 10, 2001

JEM, INC., dba BUDGET COMPUTERS
and JOE SCHMIDT

By [signature]
Joe Schmidt
Pro Se Defendant

**ORDER**

Based on the foregoing Stipulation, Jem, Inc. dba Budget Computer, and Joe Schmidt shall have until July 19, 2001 to answer, move or otherwise plead in response to the Complaint served in the above-captioned action.

DATED: July 19, 2001

[signature]
United States Magistrate Judge

M2:20397988.01

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500