**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICROSOFT CORPORATION,

Plaintiff,

v.

JEM, INC., a Minnesota corporation
dba Budget Computer,

Defendant.

Civil No. 01-841 (DWF/SRN)

**ORDER OF DISMISSAL**

---

Felicia Boyd, Esq., and Julie Chosy, Esq., Faegre & Benson, 2200 Norwest Center, 90 South 7th Street, Minneapolis, MN 55402-3901, counsel for Plaintiff.

Kevin Hickey, Esq., Bassford Lockhart Truesdell & Briggs, 3550 Multifoods Tower, 33 South 6th Street, Minneapolis, MN 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 13, 2001

DONOVAN W. FRANK
Judge of United States District Court

NOV 13 2001
Filed ______________
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________