**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICROSOFT CORPORATION,
a Washington corporation

Plaintiff,

v.

JEM., INC., a Minnesota corporation and dba BUDGET COMPUTER and JOE SCHMIDT, an individual

Defendants

File No. 01-841 DWF/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF JEM, INC. AND JOE SCHMIDT; ORDER THEREON**

WHEREAS Plaintiff Microsoft Corporation ("Microsoft") and JEM, Inc., a Minnesota corporation; and Joe Schmidt, an individual, (collectively, "Defendants") have settled the above-captioned matter;

WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and the Defendant; and

**IT IS HEREBY STIPULATED** by and between Plaintiff, through its attorneys, and Defendants, through their attorneys, that Defendants JEM, Inc., a Minnesota corporation; and Joe Schmidt, an individual, shall be dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

**IT IS HEREBY FURTHER STIPULATED** that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court, the Settlement Agreement and Release between Microsoft and Defendants.

FILED JAN 0 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**IT IS SO STIPULATED.**

Dated: 2/7, 2001

For Plaintiff MICROSOFT CORPORATION, a Washington corporation

FAEGRE & BENSON LLP

Felicia J. Boyd, #186168
Julie Knox Chosy, #225228
Kara L. Benson, #248290
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Plaintiff
Microsoft Corporation

For DEFENDANTS JEM, Inc., a Minnesota corporation; and Joe Schmidt, an individual,

Dated: 12/6, 2001

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

Kevin P. Hickey, #202484
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Tel. (612) 333-3000

Attorneys for Defendants
Jem, Inc. and Joe Schmit

M2:20424182.01

**ORDER**

Good Cause appearing therefore, **IT IS ORDERED THAT**:

JEM, INC., a Minnesota corporation; and JOE SCHMIDT, an individual, are hereby dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court, and the Settlement Agreement and Release between Microsoft and Defendant.

Dated: Jan. 2, 2002

UNITED STATES DISTRICT JUDGE